# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 29, 2019

158588

STEVEN SYKES,
              Plaintiff-Appellant,

v

CITY OF DETROIT,
              Defendant-Appellee.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 158588
COA: 339722
Wayne CC: 16-006510-NO

By order of February 4, 2019, the application for leave to appeal the September 11, 2018 judgment of the Court of Appeals was held in abeyance pending the decisions in *Wigfall v City of Detroit* (Docket No. 156793) and *West v City of Detroit* (Docket No. 157097). On order of the Court, the cases having been decided on July 16, 2019, 504 Mich ___ (2019), the application is again considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REVERSE the judgment of the Court of Appeals and we REMAND this case to the Wayne Circuit Court for further proceedings not inconsistent with our decision in *Wigfall*.



p1021

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 29, 2019



Clerk